628

443 A.2d 409

Zelie Construction Dist. Co., Appellant v. McAllister.

Submitted November 12, 1980.  Leo M. Stepanian, for appellant;  Richard L. Nygaard, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

SPAETH, J., concurred in the result.

April 2, 1982.

445 A.2d 194

Apex Bldg. Prod. Co., Appellants v. Goffredo & Sons, Inc.

Submitted May 13, 1981.  Kevin J. Kelleher, for appellant;  Domenic P. Sbrocchi, for appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.